# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **Vaneese Marie Walker** | |
| **Debtor(s)** | **Bky. No. 22-13128-AMC** |

## O R D E R

**AND NOW, IT IS ORDERED** that the debtor shall participate in a **telephonic** hearing on **December 14, 2022 at 11:00 A.M.** to Show Cause why the debtor's bankruptcy case should not be dismissed for failure to comply with the Credit Counseling Requirement outlined in 11 U.S.C. §109(h)(1). Parties are directed to call the Court's telephone conferencing system by dialing **877-873-8017; Code 3027681# ,** and it is

**FURTHER ORDERED** that, if the Debtor fails to participate in the above scheduled hearing, this case may be dismissed without need for further notice or hearing.

Dated: November 29, 2022

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**