# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13128-amc |
| Vaneese Marie Walker, | Chapter 13 |
| Debtor. | |

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Citizens Bank N.A
One Citizens Bank Way JCA115
Johnston, RI 02919

U.S. Department of Housing and Urban Development
11th Floor 100 Penn Square East
Philadelphia, PA 19107

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29607

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Pennsylvania Turnpike Commission
P.O. Box 67676
Harrisburg, PA 17106

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Citizens Bank, N.A.
c/o Weltman, Weinberg & Reis Co LPA
965 Keynote Circle
Cleveland, OH 44131

Date: December 1, 2023                    /s/ *Michael A. Cibik*
                                                              Michael A. Cibik (#23110)
                                                              Cibik Law, P.C.
                                                              1500 Walnut Street, Suite 900
                                                              Philadelphia, PA 19102
                                                              215-735-1060
                                                              mail@cibiklaw.com

4