**WWR# 041236356**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Vaneese Marie Walker<br>　　　　　　　　　Debtors<br>Citizens Bank, N.A.<br>　　　　　　　　　Movant | CASE NO. 22-13128-amc<br>CHAPTER 13<br>Related to Document No. 42 |

**CERTIFICATION OF DEFAULT UNDER STIPULATION**

TO THE CLERK OF BANKRUPTCY COURT:

　　　　The undersigned certifies that Debtor Vaneese Marie Walker has defaulted under the terms of a Stipulation between the parties approved by the Court on or about October 20, 2023, and that notice of default was provided to Debtor pursuant to the terms of such Stipulation. A copy of said notice is attached hereto as Exhibit "A." Kindly submit the Order attached hereto as Exhibit "B" to the Court for the entry of an Order for Relief from the Automatic Stay. Thank you.

　　　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com