WWR# 041236356

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Vaneese Marie Walker<br>　　　　　　　　　　Debtors<br>Citizens Bank, N.A.<br>　　　　　　　　　　Movant | CASE NO. 22-13128-amc<br>CHAPTER 13<br>Related to Document No. 42 |

**CERTIFICATE OF SERVICE**

　　　I, Milos Gvozdenovic, Esq., attorney for Movant, do hereby certify that true and correct copies of the Certification of Default have been served on the 18th day of January, 2024, upon those listed below:

Service by First-Class Mail:

Vaneese Marie Walker, Debtor
7337 N 19th St
Philadelphia, PA 19126

and Service by NEF/ECF:

Michael I. Assad, Debtors Attorney at mail@cibiklaw.com
Scott F. Waterman, Trustee at ECFMail@ReadingCh13.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　　Milos Gvozdenovic
　　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com
　　　　　　　　　　　　　　　　　　　　Attorney for Movant