WWR# 041236356

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Vaneese Marie Walker<br>　　　　　　　　　Debtors<br><br>Citizens Bank, N.A.<br>　　　　　　　　　Movant | CASE NO. 22-13128-amc<br>CHAPTER 13<br>Related to Document No. 42 |

**ORDER**

AND NOW, this 12th day of Feb., 2024, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on October 20, 2023, notice of such default having been provided to Debtor in accordance with such Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that:

the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 7337 No 19th St, Philadelphia, PA 19126**.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ASHELY M CHAN
　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 965 Keynote Circle, Cleveland, OH 44131

Debtor:
Vaneese Marie Walker, 7337 N 19th St, Philadelphia, PA 19126

Debtor's Counsel:
Michael I. Assad, mail@cibiklaw.com

Trustee:
Scott F. Waterman, ECFMail@ReadingCh13.com

United States Trustee:
USTPRegion03.PH.ECF@usdoj.gov

**EXHIBIT "B"**