LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY: MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A., f/k/a RBS Citiznes, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Vaneese Marie Walker<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>22-13128 AMC |
|---|---|

**CERTIFICATION OF SERVICE**

      MARY F. KENNEDY, counsel for Citizens Bank, N.A., f/k/a RBS Citizens, N.A., hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Notice of Hearing to Consider Motion was served upon the following persons by CM/ECF electronic filing for by regular first-class mail, postage prepaid, on this 21st day of February, 2024:

Michael I. Assad, Esquire
help@cibiklaw.com
Attorney for Debtor(s)
Via CM/ECF electronic filing

Scott F. Waterman, Esquire
ecfmail@readingch13.com
Trustee
Via CM/ECF electronic filing

Vaneese Marie Walker
7337 N. 19th Street
Philadelphia, PA 19126
Debtor(s)
Via first-class mail

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via first-class mail

                LAW OFFICE OF GREGORY JAVARDIAN, LLC

                By: /s/ Mary F. Kennedy, Esquire