IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　　Vaneese Marie Walker<br><br>　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Bankruptcy No. 22-13128 AMC |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　Citizens Bank, N.A., f/k/a RBS Citizens, N.A.. has filed a Motion for Relief of from the Automatic Stay with the court to permit Citizens Bank, N.A., f/k/a RBS Citizens, N.A. to foreclose on 7337 N. 19th Street, Philadelphia, PA 19126.

1.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **March 6, 2024 you or your attorney must file a response to the Motion** (*see Instructions on the next page*).

3. **A hearing on the Motion** is scheduled to be held on **March 13, 2024, at 11:00 am in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at
>United States Bankruptcy Clerk's Office
>United States Bankruptcy Court
>900 Market Street
>Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>Mary F. Kennedy, Esquire
>Law Office of Gregory Javardian, LLC
>1310 Industrial Blvd, Ste 101
>Southampton, PA 18966
>Phone: 215-942-9690
>Fax: 215-942-9695
>mary@javardianlaw.com

Date: February 21, 2024