LAW OFFICES OF GREGORY JAVARDIAN
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A., f/k/a RBS Citizens, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vaneese Marie Walker<br>       Debtor(s) | Chapter 13 Proceeding<br><br>22-13128 AMC |
| Citizens Bank, N.A., f/k/a RBS Citizens, N.A.<br>       Movant | |
| v. | |
| Vaneese Marie Walker<br>       Respondent | |

**STIPULATION BY AND BETWEEN VANEESE MARIE WALKER AND CITIZENS
BANK, N.A., F/K/A RBS CITIZENS, N.A.**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the

disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on

behalf of mortgagee, Citizens Bank, N.A., f/k/a RBS Citizens, N.A. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith

stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor

   pursuant to a Note and Mortgage on Debtor's real estate known as at 7337 N. 19th

   Street, Philadelphia, PA 19126.

{00882110}

2. Upon approval by the United States Bankruptcy Court of the within Stipulation,

Debtor and secured creditor, Citizens Bank, N.A., f/k/a RBS Citizens, N.A., agree to

the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition

mortgage payment is $1,277.88 per month. The monthly payment is subject

to change in accordance with the terms of the Note and Mortgage.

    (b) Debtor(s) acknowledge that debtor(s) is currently due for the following

amounts post-petition:

| | |
|---|---|
| 2/1/2024 Payment | $1,277.88 |
| 3/1/2024 Payment | $1,277.88 |
| Motion for Relief Attorney Fees & Costs | $1,249.00 |
| Suspense | -$744.24 |
| **TOTAL** | **$3,060.52** |

    (c) Commencing with the April 1, 2024, payment the Debtor(s) shall resume and

shall continue to make all regular monthly post petition mortgage payments

when they are due in accordance with said Note and Mortgage.

    (d) Within fifteen (15) days of the Court's approval of this Stipulation, Debtor(s)

shall amend the Plan to provide for the payment of the post-petition arrears

of $3,060.52 to Movant through the Plan.

    (e) Within fifteen (15) days of the Court's approval of this Stipulation Movant

shall amend its Proof of Claim to add the $3,060.52 in post-petition arrears to

its arrears claim.

    (f) All payments from Debtor(s) to Citizens Bank, N.A., f/k/a RBS Citizens,

N.A. its successors and/or assigns shall be in the form of certified funds or

Trustee checks if conduit payments.

{00882110}

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation.  If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank, N.A., f/k/a RBS Citizens, N.A. its successors and/or assigns relief from the automatic stay without further notice and hearing.

(i) Should Citizens Bank, N.A., f/k/a RBS Citizens, N.A. its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

(j) Should Citizens Bank, N.A., f/k/a RBS Citizens, N.A. its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "Federal Rule of Bankruptcy

{00882110}

Procedure 3002.1 is no longer applicable to Citizens Bank, N.A., f/k/a RBS

Citizens, N.A. and/or its successors and assigns.

(k) The parties agree that a facsimile may be submitted to the Court as if it were

an original.

STIPULATED AND AGREED TO BY:

/s/ Michael Assad

_____          Date: 04/08/2024
Michael L. Assad, Esquire
Attorney for Debtor, Vaneese Marie Walker

_____          Date: 4/8/2024
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A., f/k/a RBS Citizens, N.A.

/s/ Ann Swartz
_____          Date: 4/9/2024
for Scott F. Waterman, Esquire
Trustee

On this ___ day of _____, 2024, approved by the Court.

_____
United States Bankruptcy Judge
Ashely M. Chan.

{00882110}