Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-13128-AMC**

Vaneese Marie Walker  
7337 N. 19th Street  
Philadelphia  PA    19126

Petition Filed Date: 11/22/2022  
341 Hearing Date: 01/06/2023  
Confirmation Date: 04/19/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $115.38 | 7787919 | 08/07/2023 | $115.38 | 7801556 | 08/14/2023 | $115.38 | 8127405 |
| 08/21/2023 | $115.38 | 7817323 | 08/28/2023 | $115.38 | 8142289 | 09/05/2023 | $115.38 | 7834437 |
| 09/13/2023 | $115.38 | 8158768 | 09/19/2023 | $115.38 | 7849941 | 09/26/2023 | $115.38 | 8175820 |
| 10/03/2023 | $115.38 | 7866268 | 10/11/2023 | $115.38 | 8192578 | 10/18/2023 | $115.38 | 7882880 |
| 10/25/2023 | $115.38 | 8208473 | 11/03/2023 | $115.38 | 7899887 | 11/06/2023 | $115.38 | 8223703 |
| 11/14/2023 | $115.38 | 7916134 | 11/21/2023 | $115.38 | 8240168 | 11/29/2023 | $115.38 | 7933250 |
| 12/05/2023 | $115.38 | 8256744 | 12/13/2023 | $115.38 | 7949132 | 12/19/2023 | $115.38 | 7963946 |
| 12/27/2023 | $115.38 | 8274593 | 01/03/2024 | $115.38 | 7980246 | 01/10/2024 | $115.38 | 8290551 |
| 01/17/2024 | $115.38 | 7994645 | 01/25/2024 | $115.38 | 8306696 | 02/02/2024 | $115.38 | 8008953 |
| 02/07/2024 | $115.38 | 8321866 | 02/13/2024 | $115.38 | 8024136 | 02/21/2024 | $115.38 | 8337530 |
| 02/27/2024 | $115.38 | 8039949 | 03/05/2024 | $115.38 | 8352299 | 03/11/2024 | $115.38 | 8056564 |
| 03/19/2024 | $115.38 | 8367611 | 03/25/2024 | $115.38 | 8073397 | 04/02/2024 | $115.38 | 8383301 |
| 04/10/2024 | $115.38 | 8089811 | 04/16/2024 | $115.38 | 8399478 | 04/30/2024 | $115.38 | 8416590 |
| 05/07/2024 | $115.38 | 8120454 | 05/20/2024 | $115.38 | 8432208 | 05/22/2024 | $115.38 | 8137197 |
| 05/29/2024 | $115.38 | 8449016 | 06/04/2024 | $115.38 | 8153608 | 06/11/2024 | $115.38 | 8465283 |
| 06/17/2024 | $115.38 | 8169913 | 06/24/2024 | $115.38 | 8482954 | 07/02/2024 | $115.38 | 8185397 |
| 07/08/2024 | $115.38 | 8501716 | 07/15/2024 | $115.38 | 8203123 | 07/23/2024 | $115.38 | 8517343 |
| 07/26/2024 | $115.38 | 8220934 | 07/30/2024 | $115.38 | 8105024 | | | |

**Total Receipts for the Period:  $6,115.14   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,807.37**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $71.27 | $71.27 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3.30 | $0.00 | $3.30 |
| 3 | CITIZENS BANK NA<br>»» 002 | Unsecured Creditors | $2,730.77 | $0.00 | $2,730.77 |
| 4 | US DEPARTMENT OF HUD<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CITIZENS BANK NA<br>»» 004 | Unsecured Creditors | $3,359.44 | $0.00 | $3,359.44 |
| 0 | MICHAEL L ASSAD ESQUIRE | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $933.85 | $0.00 | $933.85 |

| | | | | | |
|---|---|---|---|---|---:|
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $577.60 | $0.00 | $577.60 |
| 8 | CITIZENS BANK NA<br>»» 007 | Mortgage Arrears | $601.85 | $167.14 | $434.71 |
| 9 | GLOBAL LENDING SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $360.52 | $0.00 | $360.52 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $626.61 | $0.00 | $626.61 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $732.26 | $0.00 | $732.26 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,433.40 | $0.00 | $1,433.40 |
| 14 | CITIZENS BANK NA<br>»» 013 | Mortgage Arrears | $166.10 | $41.93 | $124.17 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $1,673.89 | $0.00 | $1,673.89 |
| 16 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $3,056.49 | $0.00 | $3,056.49 |
| 17 | TD BANK USA NA<br>»» 016 | Unsecured Creditors | $1,698.11 | $0.00 | $1,698.11 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 017 | Secured Creditors | $3,035.03 | $842.85 | $2,192.18 |
| 19 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» 018 | Unsecured Creditors | $1,067.20 | $0.00 | $1,067.20 |
| 20 | PHILADELPHIA GAS WORKS<br>»» 019 | Unsecured Creditors | $2,366.15 | $0.00 | $2,366.15 |
| 21 | CITIZENS BANK NA<br>»» 020 | Mortgage Arrears | $1,652.09 | $417.03 | $1,235.06 |
| 0 | CIBIK LAW, PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,807.37 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $6,015.22 | Arrearages: | $115.71 |
| Paid to Trustee: | $923.03 | Total Plan Base: | $17,423.08 |
| Funds on Hand: | $2,869.12 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.