IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Vaneese Marie Walker

Debtor(s)

Chapter 13 Proceeding

22-13128 AMC

## PRAECIPE TO WITHDRAW CERTIFICATE OF DEFAULT WITHOUT PREJUDICE

Citizens Bank, N.A. f/k/a RBS Citizens, N.A. respectfully withdraws its Certificate of Default without prejudice.

/s/ MARY F. KENNEDY, ESQUIRE  
I.D. #77149  
1310 Industrial Blvd.  
1st Floor, Suite 101  
Southampton, PA 18966  
(215) 942-9690  
Attorney for Movant,  
Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

{00952448}