IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vaneese Marie Walker<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>22-13128 AMC |

## CERTIFICATION OF SERVICE

I, Mary F. Kennedy, certify that on December 10, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Praecipe to Withdraw Certification of Default

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 10, 2024

/s/ Mary F. Kennedy, Esquire
I.D. # 77149
Law Office of Gregory Javardian, LLC
1310 Industrial Boulevard
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
mary@javardianlaw.com

{00952448}

Mailing List Exhibit (Check all that apply. If via e-mail, include e-mail address).

Michael A. Cibik, Esquire
help@cibiklaw.com
Attorney for Debtor(s)

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Scott F. Waterman, Esquire
ecfmail@readingch13.com
Trustee

Via:    X CM/ECF    ___ 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Vaneese Marie Walker
7337 N. 19th Street
Philadelphia, PA 19126
Debtor(s)

Via:    ___ CM/ECF   X 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Via:    ___ CM/ECF   X 1st Class Mail    ___ Certified Mail    ___ e-mail:

___ Other:

{00952448}