| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13128-AMC

Vaneese Marie Walker  
7337 N. 19th Street  
Philadelphia  PA    19126

Petition Filed Date: 11/22/2022  
341 Hearing Date: 01/06/2023  
Confirmation Date: 04/19/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $115.38 | 8533447 | 08/19/2024 | $115.38 | 8550317 | 08/21/2024 | $115.38 | 8237593 |
| 08/27/2024 | $115.38 | 8254378 | 09/04/2024 | $115.38 | 8565951 | 09/10/2024 | $115.38 | 8581985 |
| 09/17/2024 | $115.38 | 8596944 | 09/24/2024 | $115.38 | 8612549 | 10/01/2024 | $115.38 | 8273715 |
| 10/07/2024 | $115.38 | 8628670 | 10/15/2024 | $115.38 | 8643048 | 10/22/2024 | $115.38 | 8292501 |
| 10/28/2024 | $115.38 | 8659498 | 11/04/2024 | $115.38 | 8307386 | 11/13/2024 | $115.38 | 8675943 |
| 11/19/2024 | $115.38 | 8323111 | 11/26/2024 | $115.38 | 8338216 | 12/03/2024 | $115.38 | 8353460 |
| 12/10/2024 | $115.38 | 8694861 | 12/17/2024 | $115.38 | 8368643 | 12/27/2024 | $115.38 | 8710620 |
| 01/02/2025 | $115.38 | 8385037 | 01/07/2025 | $115.38 | 8723660 | 01/14/2025 | $115.38 | 8400236 |
| 01/21/2025 | $115.38 | 8739994 | 01/29/2025 | $115.38 | 8415728 | 02/05/2025 | $115.38 | 8753617 |
| 02/10/2025 | $115.38 | 8430960 | 02/18/2025 | $115.38 | 8767913 | 02/26/2025 | $115.38 | 8446620 |
| 03/04/2025 | $115.38 | 8782047 | 03/11/2025 | $115.38 | 8461822 | 03/17/2025 | $115.38 | 8796931 |
| 03/24/2025 | $115.38 | 8477465 | 04/01/2025 | $115.38 | 8811479 | 04/08/2025 | $115.38 | 8491755 |
| 04/15/2025 | $115.38 | 8827327 | 04/23/2025 | $115.38 | 8506758 | 04/29/2025 | $115.38 | 8841262 |
| 05/07/2025 | $115.38 | 8522562 | 05/13/2025 | $115.38 | 8856363 | 05/20/2025 | $115.38 | 8537760 |
| 06/02/2025 | $115.38 | 8871667 | 06/03/2025 | $115.38 | 8552641 | 06/10/2025 | $115.38 | 8887245 |
| 06/18/2025 | $115.38 | 8567810 | 06/24/2025 | $115.38 | 8902342 | 07/02/2025 | $115.38 | 8583951 |
| 07/08/2025 | $115.38 | 8916365 | 07/15/2025 | $115.38 | 8930348 | 07/22/2025 | $115.38 | 8944284 |
| 07/29/2025 | $115.38 | 8600810 | | | | | | |

**Total Receipts for the Period:  $5,999.76    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,922.51**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $71.27 | $71.27 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3.30 | $0.00 | $3.30 |
| 3 | RESURGENT RECEIVABLES LLC<br>»» 002 | Unsecured Creditors | $2,730.77 | $107.80 | $2,622.97 |
| 4 | US DEPARTMENT OF HUD<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES LLC<br>»» 004 | Unsecured Creditors | $3,359.44 | $132.61 | $3,226.83 |
| 0 | MICHAEL L ASSAD ESQUIRE | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $933.85 | $36.86 | $896.99 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $577.60 | $22.80 | $554.80 |
| 8 | CITIZENS BANK NA<br>»» 07A | Mortgage Arrears | $601.85 | $601.85 | $0.00 |
| 9 | GLOBAL LENDING SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $360.52 | $0.00 | $360.52 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $626.61 | $24.73 | $601.88 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $732.26 | $28.91 | $703.35 |
| 13 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,433.40 | $56.58 | $1,376.82 |
| 14 | CITIZENS BANK NA<br>»» 013 | Mortgage Arrears | $41.93 | $41.93 | $0.00 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $1,673.89 | $66.07 | $1,607.82 |
| 16 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $3,056.49 | $120.66 | $2,935.83 |
| 17 | TD BANK USA NA<br>»» 016 | Unsecured Creditors | $1,698.11 | $67.04 | $1,631.07 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 017 | Secured Creditors | $3,035.03 | $3,035.03 | $0.00 |
| 19 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» 018 | Unsecured Creditors | $1,067.20 | $42.12 | $1,025.08 |
| 20 | PHILADELPHIA GAS WORKS<br>»» 019 | Unsecured Creditors | $2,366.15 | $0.00 | $2,366.15 |
| 21 | CITIZENS BANK NA<br>»» 020 | Mortgage Arrears | $417.03 | $417.03 | $0.00 |
| 0 | CIBIK LAW, PC<br>»» 9/5/24>another PCMTM pending will increase this to $2000.00 | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 22 | CITIZENS BANK NA<br>»» 07B | Mortgage Arrears | $3,060.52 | $3,060.52 | $0.00 |
| 23 | SOCIAL SECURITY ADMINISTRATION - OGC | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 24 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13128-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,922.51 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $12,408.81 | Arrearages: | $577.49 |
| Paid to Trustee: | $1,390.31 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $2,123.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.