# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Vaneese Marie Walker,

    Debtor.

Case No. 22-13128-AMC

Chapter 13

**Supplemental Application for Compensation by Debtor's Counsel**

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the Debtor.
2. The Debtor filed a petition under Chapter 13 on November 22, 2022.
3. The plan was confirmed on April 19, 2023.
4. This Court previously approved compensation via Section 2(f) of the Chapter 13 Plan for attorney fees in the amount of $4,725.00 paid by the Debtor for pre-confirmation services.
5. Applicant requests an award of supplemental compensation of $2,000.00 as listed in the modified plan that was approved on September 20, 2024 for 5.8 attorney hours ($2,030.00) expended in providing the following services (hourly rate of $350 per attorney hour):

| Work Completed | When | By Whom | Hours |
| --- | --- | --- | --- |
| Review of Creditor's Motion for Relief | 08/21/2023 | Michael I. Assad | 0.30 |
| Drafted Objection to Motion for Relief | 09/08/2023 | Michael I. Assad | 0.20 |
| Correspondence with Opposing Counsel | Various Dates | Michael I. Assad | 0.30 |
| Drafted Modified Plan, ECF No. 47 | 12/01/2023 | Michael I. Assad | 1.30 |
| Drafted Motion to Modify, ECF No. 48 | 12/01/2023 | Michael I. Assad | 0.40 |
| Review of Creditor's Motion for Relief | 02/21/2024 | Michael I. Assad | 0.30 |
| Correspondence with Opposing Counsel | Various Dates | Michael I. Assad | 0.30 |
| Drafted Modified Plan, ECF No. 63 | 05/23/2024 | Michael I. Assad | 0.90 |
| Drafted Motion to Modify, ECF No. 64 | 05/23/2024 | Michael I. Assad | 0.30 |
| Drafted Modified Plan, ECF No. 68 | 07/30/2024 | Michael I. Assad | 0.70 |
| Drafted Modified Plan, ECF No. 71 | 08/19/2024 | Michael I. Assad | 0.50 |
| Drafted Supplemental Fee Application | 12/09/2025 | Erika Rivera | 0.30 |

6. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

      **NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: December 9, 2025        CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com