# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Vaneese Marie Walker,<br><br>　　　　　Debtor. | Case No. 22-13128-AMC<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on December 9, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**Vaneese Marie Walker**
7337 N. 19th Street
Philadelphia, PA 19126
Method of Service: First Class Mail

Date: December 9, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com