# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Vaneese Marie Walker,

        Debtor.

Case No. 22-13128-AMC

Chapter 13

### Order Granting Supplemental Application for Compensation

**AND NOW**, upon consideration of the Supplemental Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation in the amount of $2,000.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

Date: Jan. 5, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge