# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Vaneese Marie Walker,

                Debtor.

Case No. 22-13128-AMC

Chapter 13

## Motion to Terminate Wage Attachment

Debtor Vaneese Marie Walker, by and through her attorney Michael A. Cibik, Esquire, makes this application for the Court to direct her employer to cease wage deductions, and in support hereof asserts as follows:

1.    The debtor filed a bankruptcy petition on November 22, 2022.

2.    An order was entered directing Patriot Home Care, Inc. to begin deductions from the earnings of the Debtor on December 15, 2022.

3.    The Standing Trustee has no objection to the granting of this Motion and has requested counsel to file a motion to cease the wage deductions.

       **WHEREFORE**, Debtor prays that this Court enter an Order directing Patriot Home Care, Inc. to cease making wage deductions for the Debtor's Chapter 13 Bankruptcy.

January 27, 2026

/s/ Michael A. Cibik
Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
mail@cibiklaw.com