# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Vaneese Marie Walker,

                  Debtor.

Case No. 22-13128-AMC

Chapter 13

### Order Terminating Wage Attachment

Upon the Motion filed by the above Debtor, it is hereby **ORDERED** that the Debtor's employer **Patriot Home Care Inc.** is directed to immediately cease the wage attachment for the Chapter 13 Trustee.

The address of the employer is:

    Patriot Home Care Inc.
    5700 N Broad St #3
    Philadelphia, PA 19141-2325

Date:

    Honorable Ashley M. Chan
    Chief U.S. Bankruptcy Judge