**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Vaneese Marie Walker,<br><br>　　　　　　　　　　　Debtor. | Case No. 22-13128-AMC<br>Chapter 13 |

### Order Terminating Wage Attachment

Upon the Motion filed by the above Debtor, it is hereby **ORDERED** that the Debtor's employer **Patriot Home Care Inc.** is directed to immediately cease the wage attachment for the Chapter 13 Trustee.

　　The address of the employer is:

Patriot Home Care Inc.
5700 N Broad St #3
Philadelphia, PA 19141-2325

Date: Jan. 29, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge