United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vaneese Marie Walker  
    Debtor

Case No. 22-13128-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2026     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vaneese Marie Walker, 7337 N. 19th Street, Philadelphia, PA 19126-1541 |
|  | + | Patriot Home Care Inc., 5700 N. Broad Street, #3, Philadelphia, PA 19141-2323 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Vaneese Marie Walker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>  Vaneese Marie Walker,<br><br>                                    Debtor. | Case No. 22-13128-AMC<br>Chapter 13 |

### Order Terminating Wage Attachment

Upon the Motion filed by the above Debtor, it is hereby **ORDERED** that the Debtor's employer **Patriot Home Care Inc.** is directed to immediately cease the wage attachment for the Chapter 13 Trustee.

The address of the employer is:

Patriot Home Care Inc.
5700 N Broad St #3
Philadelphia, PA 19141-2325

Date:  Jan. 29, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge