**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Vaneese Marie Walker** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 22-13128-AMC |

# Official Form 410C13-N
# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

Name of claim holder: **CITIZENS BANK NA**

Court claim no. (if known): 7-1

Last 4 digits of any number you use to identify the debtor's account: 9 1 4 2

Property Address: 7337 N 19TH STREET
Number    Street

PHILADELPHIA       PA    19126
City                State   ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 601.85 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 601.85 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 601.85 |

| Part 4: | Postpetition Payment |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ 3,477.55

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman
Signature

Date: 02/25/2026

Trustee: Scott F. Waterman
First Name    Middle Name    Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number    Street

Reading    PA    19606
City    State    ZIP Code

Contact phone: (610) 779-1313
Email: info@ReadingCh13.com

| Debtor 1 | **Vaneese Marie Walker** | Case Number **22-13128-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 11/17/2023 | 17245452 | Disbursement To Creditor/Principal | 20.35 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 02/16/2024 | 17247871 | Disbursement To Creditor/Principal | 44.87 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 03/15/2024 | 17248669 | Disbursement To Creditor/Principal | 45.30 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 04/19/2024 | 17249510 | Disbursement To Creditor/Principal | 56.62 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 10/15/2024 | 17254260 | Disbursement To Creditor/Principal | 130.19 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 11/15/2024 | 17254992 | Disbursement To Creditor/Principal | 32.10 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 12/20/2024 | 17255765 | Disbursement To Creditor/Principal | 40.13 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 01/17/2025 | 17256544 | Disbursement To Creditor/Principal | 32.10 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 02/21/2025 | 17257267 | Disbursement To Creditor/Principal | 40.13 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 03/21/2025 | 17258117 | Disbursement To Creditor/Principal | 32.10 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 04/17/2025 | 17258916 | Disbursement To Creditor/Principal | 33.03 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 05/22/2025 | 17259683 | Disbursement To Creditor/Principal | 41.67 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 06/13/2025 | 17260488 | Disbursement To Creditor/Principal | 25.00 |
| 7-1 | CITIZENS BANK NA | Pre-Petition Arrears | 07/18/2025 | 17261223 | Disbursement To Creditor/Principal | 28.26 |
| | | | | | **Total for Claim Number 7-1:** | **601.85** |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **601.85** |

### Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 20-1 | CITIZENS BANK NA | Post Petition Arrears | 02/16/2024 | 17247869 | Disbursement To Creditor/Principal | 127.47 |
| 20-1 | CITIZENS BANK NA | Post Petition Arrears | 03/15/2024 | 17248667 | Disbursement To Creditor/Principal | 128.69 |
| 20-1 | CITIZENS BANK NA | Post Petition Arrears | 04/19/2024 | 17249508 | Disbursement To Creditor/Principal | 160.87 |
| | | | | | **Total for Claim Number 20-1:** | **417.03** |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 10/15/2024 | 17254260 | Disbursement To Creditor/Principal | 916.59 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 11/15/2024 | 17254992 | Disbursement To Creditor/Principal | 226.01 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 12/20/2024 | 17255765 | Disbursement To Creditor/Principal | 282.51 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 01/17/2025 | 17256544 | Disbursement To Creditor/Principal | 226.01 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 02/21/2025 | 17257267 | Disbursement To Creditor/Principal | 282.52 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 03/21/2025 | 17258117 | Disbursement To Creditor/Principal | 226.01 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 04/17/2025 | 17258916 | Disbursement To Creditor/Principal | 232.52 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 05/22/2025 | 17259683 | Disbursement To Creditor/Principal | 293.36 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 06/13/2025 | 17260488 | Disbursement To Creditor/Principal | 176.01 |
| 7-2 | CITIZENS BANK NA | Post Petition Arrears | 07/18/2025 | 17261223 | Disbursement To Creditor/Principal | 198.98 |
| | | | | | **Total for Claim Number 7-2:** | **3,060.52** |
| | | | | | **Total for Part 5 (Postpetition Fees, Expenses, and Charges):** | **3,477.55** |