| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Vaneese Marie Walker** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 22-13128-AMC |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:** CITIZENS BANK NA

**Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 7 6

**Property Address:** 7337 N 19TH STREET
Number    Street

PHILADELPHIA       PA       19126-1541
City                      State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 41.93 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 41.93 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 41.93 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Scott F. Waterman          Date: 02/25/2026

Trustee: Scott F. Waterman
First Name / Middle Name / Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number      Street

Reading        PA        19606
City           State     ZIP Code

Contact phone: (610) 779-1313        Email: info@ReadingCh13.com

| Debtor 1 | **Vaneese Marie Walker** | Case Number **22-13128-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 13-1 | CITIZENS BANK NA | Pre-Petition Arrears | 03/15/2024 | 17248667 | Disbursement To Creditor/Principal | 25.76 |
| 13-1 | CITIZENS BANK NA | Pre-Petition Arrears | 04/19/2024 | 17249508 | Disbursement To Creditor/Principal | 16.17 |
| | | | | | Total for Claim Number 13-1: | 41.93 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **41.93** |