United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-13128-amc

Vaneese Marie Walker                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                          Page 1 of 2

Date Rcvd: May 08, 2026                  Form ID: 167                         Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|-----------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | + Vaneese Marie Walker, 7337 N. 19th Street, Philadelphia, PA 19126-1541 |
| cr | + Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|----------------------------|-----------|----------------------------|
| cr | ^ MEBN | May 09 2026 01:29:05 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | May 09 2026 01:31:55 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/Text: bncmail@w-legal.com | May 09 2026 01:31:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|

District/off: 0313-2          User: admin          Page 2 of 2

Date Rcvd: May 08, 2026          Form ID: 167          Total Noticed: 5

KERI P EBECK

on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARY F. KENNEDY

on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com,
tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL A. CIBIK

on behalf of Debtor Vaneese Marie Walker help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MILOS GVOZDENOVIC

on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com

SCOTT F. WATERMAN [Chapter 13]

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 167* (1/25)–doc 102 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Vaneese Marie Walker                      )        Case No. 22–13128–amc
                                 )
                                 )
   Debtor(s).                               )        Chapter: 13
                                 )
                                 )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Return of Unclaimed Funds in the Amount of: $24.91 Filed by Pennsylvania Turnpike Commission

on: 6/3/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: May 8, 2026                              For The Court

                                                  Mohung Wong
                                                  Clerk of Court