UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

                                                : CASE NO. 22-13128-amc

VANEESE MARIE WALKER,                           :

                                                : CHAPTER 13

       Debtor                                   :

### ORDER GRANTING APPLICATION FOR PAYMENT
### OF UNCLAIMED FUNDS

On _____May 4,_____, 2026, an application was filed for the Claimant, Pennsylvania

Turnpike Commission, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. §

347(a).  The application and supporting documentation establish that the Claimant is entitled to the

unclaimed funds; accordingly, it is hereby

     ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $24.91 held in unclaimed funds be

made payable to Pennsylvania Turnpike Commission and be disbursed to the payee at the following

address:  P. O. Box 67676, Harrisburg, Pennsylvania 17106-7676.

     The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

BY THE COURT:

**Date: June 4, 2026**                                 _____

                                        Ashely M.  Chan
                                        Chief U.S. Bankruptcy Judge