United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-13128-amc

Vaneese Marie Walker                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**                **Recipient Name and Address**
db                    +  Vaneese Marie Walker, 7337 N. 19th Street, Philadelphia, PA 19126-1541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

KERI P EBECK
      on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com
      btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARY F. KENNEDY
      on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com,
      tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL A. CIBIK
      on behalf of Debtor Vaneese Marie Walker help@cibiklaw.com
      noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MILOS GVOZDENOVIC
      on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

District/off: 0313-2                                      User: admin                                      Page 2 of 2
Date Rcvd: Jun 04, 2026                                  Form ID: pdf900                                  Total Noticed: 1

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                     :
                                           : CASE NO. 22-13128-amc
VANEESE MARIE WALKER,                       :
                                           : CHAPTER 13
            Debtor                         :

### ORDER GRANTING APPLICATION FOR PAYMENT
### OF UNCLAIMED FUNDS

On _____May 4,_____, 2026, an application was filed for the Claimant, Pennsylvania

Turnpike Commission, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. §

347(a).  The application and supporting documentation establish that the Claimant is entitled to the

unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $24.91 held in unclaimed funds be

made payable to Pennsylvania Turnpike Commission and be disbursed to the payee at the following

address:  P. O. Box 67676, Harrisburg, Pennsylvania 17106-7676.

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

BY THE COURT:

**Date: June 4, 2026**

Ashely M.  Chan
Chief U.S. Bankruptcy Judge