Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Vaneese Marie Walker
7337 N. 19th Street
Philadelphia, PA 19126

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-13128-AMC**

Petition Filed Date: 11/22/2022
341 Hearing Date: 01/06/2023
Confirmation Date: 04/19/2023

Case Status: Completed on 1/23/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $115.38 | 8959836 | 08/12/2025 | $115.38 | 8616139 | 08/19/2025 | $115.38 | 8973992 |
| 08/26/2025 | $115.38 | 8632078 | 09/03/2025 | $115.38 | 8988560 | 09/09/2025 | $115.38 | 8647821 |
| 09/16/2025 | $115.38 | 9002846 | 09/23/2025 | $115.38 | 8662660 | 09/30/2025 | $115.38 | 9018918 |
| 10/07/2025 | $115.38 | 8677692 | 10/16/2025 | $115.38 | 9033634 | 10/21/2025 | $115.38 | 8694004 |
| 10/28/2025 | $115.38 | 9048961 | 11/04/2025 | $115.38 | 8709599 | 11/12/2025 | $115.38 | 9064460 |
| 11/18/2025 | $115.38 | 8725051 | 11/25/2025 | $115.38 | 9080671 | 12/02/2025 | $115.38 | 8740333 |
| 12/10/2025 | $115.38 | 9096845 | 12/16/2025 | $115.38 | 8755331 | 12/29/2025 | $115.38 | 9111550 |
| 01/06/2026 | $115.38 | 8771911 | 01/20/2026 | $115.38 | 9126771 | 01/20/2026 | $115.38 | 8786817 |
| 01/23/2026 | $115.38 | 9140526 | 02/02/2026 | $115.38 | 8801646 | 02/09/2026 | $115.38 | 9153713 |
| 02/11/2026 | $115.38 | 8816842 | 02/18/2026 | $115.38 | 9167628 | | | |

**Total Receipts for the Period: $3,346.02 Amount Refunded to Debtor Since Filing: $807.01 Total Receipts Since Filing: $18,807.01**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $71.27 | $71.27 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3.30 | $0.51 | $2.79 |
| 3 | RESURGENT RECEIVABLES LLC<br>»» 002 | Unsecured Creditors | $2,730.77 | $412.88 | $2,317.89 |
| 4 | US DEPARTMENT OF HUD<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES LLC<br>»» 004 | Unsecured Creditors | $3,359.44 | $507.93 | $2,851.51 |
| 0 | MICHAEL L ASSAD ESQUIRE | Attorney Fees | $4,475.00 | $4,475.00 | $0.00 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $933.85 | $141.19 | $792.66 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $577.60 | $87.33 | $490.27 |
| 8 | CITIZENS BANK NA<br>»» 07A | Mortgage Arrears | $601.85 | $601.85 | $0.00 |

**Chapter 13 Case No. 22-13128-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 9 | GLOBAL LENDING SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $360.52 | $54.50 | $306.02 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $626.61 | $94.72 | $531.89 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $732.26 | $110.71 | $621.55 |
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 012 | Unsecured Creditors | $1,433.40 | $216.72 | $1,216.68 |
| 14 | CITIZENS BANK NA<br>»» 013 | Mortgage Arrears | $41.93 | $41.93 | $0.00 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $1,673.89 | $253.09 | $1,420.80 |
| 16 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $3,056.49 | $462.14 | $2,594.35 |
| 17 | TD BANK USA NA<br>»» 016 | Unsecured Creditors | $1,698.11 | $256.76 | $1,441.35 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 017 | Secured Creditors | $3,035.03 | $3,035.03 | $0.00 |
| 19 | PENNSYLVANIA TURNPIKE COMMISSION<br>»» 018 | Unsecured Creditors | $1,067.20 | $161.36 | $905.84 |
| 20 | PHILADELPHIA GAS WORKS<br>»» 019 | Unsecured Creditors | $2,366.15 | $0.00 | $2,366.15 |
| 21 | CITIZENS BANK NA<br>»» 020 | Mortgage Arrears | $417.03 | $417.03 | $0.00 |
| 0 | CIBIK LAW, PC<br>»» 9/5/24>another PCMTM pending will increase this to $2000.00 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 22 | CITIZENS BANK NA<br>»» 07B | Mortgage Arrears | $3,060.52 | $3,060.52 | $0.00 |
| 23 | SOCIAL SECURITY ADMINISTRATION - OGC | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 24 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Vaneese Marie Walker | Debtor Refunds | $807.01 | $807.01 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,807.01 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $17,269.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,537.53 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.